**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: SPOERL, STEVEN H | § | Case No. 14-19252 |
| | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 22, 2014. The undersigned trustee was appointed on May 22, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $          37,591.96

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 99.49 |
   | Bank service fees | 653.90 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]    $ | 36,838.57 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/15/2015 and the deadline for filing governmental claims was 06/15/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,509.20. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,509.20, for a total compensation of $4,509.20.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/28/2017         By: /s/THOMAS E. SPRINGER, TRUSTEE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-19252  
**Case Name:** SPOERL, STEVEN H  

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 05/22/14 (f)  
**§341(a) Meeting Date:** 06/16/14  

**Period Ending:** 02/28/17  
**Claims Bar Date:** 06/15/15  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 6 Squire Lane, Saint Charles IL 60174 | 850,000.00 | 0.00 | | 0.00 | FA |
| 2 | STC Capital checking account #xxxx5968 owned jointly with wife $517.30 | 258.65 | 0.00 | | 0.00 | FA |
| 3 | CollegeBoundfund FBO minor son - NOT property of the estate per 541(b)(6) | 7,577.28 | 0.00 | | 0.00 | FA |
| 4 | CollegeBoundfund FBO minor daughter - NOT proper of the estate per 541(b)(6) | 7,469.36 | 0.00 | | 0.00 | FA |
| 5 | Household goods, furniture | 4,950.00 | 0.00 | | 0.00 | FA |
| 6 | Books | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Clothing, shoes, suits, jackets. | 3,000.00 | 0.00 | | 0.00 | FA |
| 8 | Wedding ring - gold band with small diamonds. | 1,500.00 | 0.00 | | 0.00 | FA |
| 9 | Ruger .22 handgun | 300.00 | 0.00 | | 0.00 | FA |
| 10 | Term life insurance policy with Protective Life Insurance $300,000 benefit, no cash surrender value. | 0.00 | 0.00 | | 0.00 | FA |
| 11 | IRA with UBS Financial | 329,395.16 | 0.00 | | 0.00 | FA |
| 12 | 100 Shares of Stock (22.63% owner)- PMI Systems, Inc.<br>Asset was originally listed as "34% owner PMI Systems, Inc." and amended Schedule B listed changed description as set forth above.<br>Asset abandoned on 2/9/15 | 0.00 | 0.00 | OA | 0.00 | FA |
| 13 | 51% owner Spoerl Holdings | 0.00 | 0.00 | | 0.00 | FA |
| 14 | 100% owner Brighton Mountain Investments, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Loan to PMI Systems to pay legal fees for its Chapter 11 case. | 25,000.00 | 0.00 | | 0.00 | FA |
| 16 | 2012 Income tax refund seized by IRS. | 22,528.00 | 0.00 | | 0.00 | FA |
| 17 | Loans to PMI Systems.<br>Order approving compromise for this asset entered 4/8/16 | 315,000.00 | 0.00 | | 12,000.00 | FA |
| 18 | 2013 Income Tax Refund seized by IRS | 31,695.00 | 0.00 | | 0.00 | FA |

Exhibit A

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-19252  
**Case Name:** SPOERL, STEVEN H  

**Period Ending:** 02/28/17

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 05/22/14 (f)  
**§341(a) Meeting Date:** 06/16/14  
**Claims Bar Date:** 06/15/15

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 19 | Trailer, Pace 6'x10' | 500.00 | 0.00 | | 0.00 | FA |
| 20 | 2003 J.D. Garden Tractor x595 | 3,000.00 | 0.00 | | 500.00 | FA |
| 21 | 2004 Toyota Sienna XLE Location: 6 Squire Lane Saint Charles IL 60174 | 9,000.00 | 9,000.00 | | 4,000.00 | FA |
| 22 | 2008 GMC Yukon Denali  in possession of Debtor, subject to lien of First Community Bank (approximate private party valaue per KBB) Amended Schedule B changed vehicle from 2010 Cadillac Escalade with vlaue of $18,000 to current asset and value | 18,968.00 | 0.00 | | 0.00 | FA |
| 23 | 2007 Ford F150 jointly titled with Spoerl Holdin Inc. In possession of employees of PMI Systems, Inc. subject to blanket lien of First Community Bank | 6,900.00 | 0.00 | | 0.00 | FA |
| 24 | 2007 Ford Explorer jointly titled with Spoerl Holdings, Inc. In possession of employees of PMI Systems, Inc. subject to blanket lien of First Community Bank | 6,900.00 | 0.00 | | 0.00 | FA |
| 25 | Computer | 600.00 | 0.00 | | 0.00 | FA |
| 26 | Pre-petition wage claim  (u) from Chapter 11 bankruptcy of PMI Systems, Inc. | 4,091.96 | 4,091.96 | | 4,091.96 | FA |
| 27 | Anticipated tax refund; 2010 and 2011  (u) Debtor filed amended tax returns for 2010 and 2011 and anticipates receiving a $44,000 refund. Order approving compromise for this asset entered 4/8/16 | 44,000.00 | 17,000.00 | | 17,000.00 | FA |
| 27 | **Assets   Totals** (Excluding unknown values) | **$1,692,833.41** | **$30,091.96** | | **$37,591.96** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee and Debtor entered into compromise re: debtor's 2010 and 2011 tax refunds and rights to receive payments from PMI bankruptcy.  Trustee to review claims filed and file any objections thereto if necessary.  Trustee then to prepare attorney fee application and file the Final Report

Exhibit A

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-19252  **Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE
**Case Name:** SPOERL, STEVEN H  **Filed (f) or Converted (c):** 05/22/14 (f)
 **§341(a) Meeting Date:** 06/16/14
**Period Ending:** 02/28/17  **Claims Bar Date:** 06/15/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** December 15, 2015  **Current Projected Date Of Final Report (TFR):** April 15, 2017

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-19252  
**Case Name:** SPOERL, STEVEN H  

**Taxpayer ID #:** **-***7571  
**Period Ending:** 02/28/17  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********50 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/28/14 | {26} | PMI SYSTEMS, INC. | Pre-petition wage claim | 1229-000 | 2,045.99 | | 2,045.99 |
| 10/28/14 | {26} | PMI SYSTEMS, INC. | Pre-petition wage claim | 1229-000 | 2,045.97 | | 4,091.96 |
| 10/30/14 | 1000 | SOS | Request for vehicle title history | 2990-000 | | 10.00 | 4,081.96 |
| 10/30/14 | 1001 | SOS | Request for vehicle title history | 2990-000 | | 10.00 | 4,071.96 |
| 10/30/14 | 1002 | SOS | Request for vehicle title history | 2990-000 | | 10.00 | 4,061.96 |
| 10/30/14 | 1003 | SOS | Request for vehicle title history | 2990-000 | | 10.00 | 4,051.96 |
| 10/30/14 | 1004 | SOS | Request for vehicle title history | 2990-000 | | 10.00 | 4,041.96 |
| 10/30/14 | 1005 | SOS | Request for vehicle title history | 2990-000 | | 10.00 | 4,031.96 |
| 10/30/14 | 1006 | SOS | Request for vehicle title history | 2990-000 | | 10.00 | 4,021.96 |
| 10/30/14 | 1007 | SOS | Request for vehicle title history | 2990-000 | | 10.00 | 4,011.96 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,001.96 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,991.96 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,981.96 |
| 02/27/15 | 1008 | ARTHUR B. LEVINE COMPANY | Bond Payment | 2300-000 | | 2.39 | 3,979.57 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,969.57 |
| 03/19/15 | | STEVEN H. SPOERL, SR. | Settlement Pursuant to Order | | 4,500.00 | | 8,469.57 |
| | {21} | | | 4,000.00 | 1129-000 | | 8,469.57 |
| | {20} | | | 500.00 | 1129-000 | | 8,469.57 |
| 04/10/15 | | ASSOCIATED BANK | Bank and Technology Services Fees | 2600-000 | | 10.00 | 8,459.57 |
| 04/10/15 | | ASSOCIATED BANK | Transfer to Rabobank, N.A. | 9999-000 | | 8,459.57 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **8,591.96** | **8,591.96** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 8,459.57 | |
| | | | **Subtotal** | | **8,591.96** | **132.39** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,591.96** | **$132.39** | |

{} Asset reference(s)

Printed: 02/28/2017 01:59 PM  V.13.30

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-19252  
**Case Name:** SPOERL, STEVEN H  

**Taxpayer ID #:** **-***7571  
**Period Ending:** 02/28/17  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****923966 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/10/15 | | Rabobank, N.A. | Transfer from ASSOCIATED BANK | 9999-000 | 8,459.57 | | 8,459.57 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.97 | 8,446.60 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.14 | 8,434.46 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.72 | 8,422.74 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.32 | 8,409.42 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.65 | 8,397.77 |
| 02/26/16 | 10101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/26/2016 FOR CASE #14-19252, Bond Premium | 2300-000 | | 4.31 | 8,393.46 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.64 | 8,381.82 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.22 | 8,368.60 |
| 04/19/16 | | Steven H. Spoerl, Sr. | Settlement Pursuant to Order | | 29,000.00 | | 37,368.60 |
| | {17} | | Settlement Pursuant to Order     12,000.00 | 1121-000 | | | 37,368.60 |
| | {27} | | Settlement Pursuant to Order     17,000.00 | 1224-000 | | | 37,368.60 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.46 | 37,343.14 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.77 | 37,291.37 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.84 | 37,232.53 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.62 | 37,180.91 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.66 | 37,122.25 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.24 | 37,069.01 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.39 | 37,017.62 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.64 | 36,960.98 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.01 | 36,907.97 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.61 | 36,851.36 |
| 02/03/17 | 10102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2017 FOR CASE #14-19252, Bond #016073584 | 2300-000 | | 12.79 | 36,838.57 |
| | | | **ACCOUNT TOTALS** | | 37,459.57 | 621.00 | $36,838.57 |
| | | | Less: Bank Transfers | | 8,459.57 | 0.00 | |
| | | | **Subtotal** | | 29,000.00 | 621.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $29,000.00 | $621.00 | |

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 14-19252  
**Case Name:** SPOERL, STEVEN H

**Taxpayer ID #:** **-***7571  
**Period Ending:** 02/28/17

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****923966 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | TOTAL - ALL ACCOUNTS | | Net Receipts | Net Disbursements | Account Balances |
| | | | **Checking # ********50** | | 8,591.96 | 132.39 | 0.00 |
| | | | **Checking # ****923966** | | 29,000.00 | 621.00 | 36,838.57 |
| | | | | | $37,591.96 | $753.39 | $36,838.57 |

{} Asset reference(s)

Printed: 02/28/2017 01:59 PM V.13.30

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** June 15, 2015

**Case Number:** 14-19252  
**Debtor Name:** SPOERL, STEVEN H

Page: 1

**Date:** February 28, 2017  
**Time:** 02:00:08 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | THOMAS E. SPRINGER, TRUSTEE<br>300 S. County Farm Rd., Ste.I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $4,509.20 | $0.00 | 4,509.20 |
| 200 | SPRINGER BROWN, LLC<br>300 S. County Farm Road<br>Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $15,475.00 | $0.00 | 15,475.00 |
| 200 | SPRINGER BROWN, LLC<br>300 S. County Farm Road<br>Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $122.16 | $0.00 | 122.16 |
| 200 | RSM US LLP<br>5155 Paysphere Circle<br>Chicago, IL 60674 | Admin Ch. 7 | | $1,050.00 | $0.00 | 1,050.00 |
| BOND 200 | ARTHUR B. LEVINE COMPANY<br>ADAMS LEVINE<br>60 East 42nd Street, Room 965<br>New York, NY 10165 | Admin Ch. 7 | Bond Payment | $2.39 | $2.39 | 0.00 |
| 1 570 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Priority | Per Amended Claim filed 2/8/17 | $0.00 | $0.00 | 0.00 |
| 2 610 | First Community Bank of Joliet<br>2801 Black Road<br>Joliet, IL 60435 | Unsecured | Per amended claim field 2/14/17 | $3,761,925.61 | $0.00 | 3,761,925.61 |
| 3 610 | First Community Financial Bank assignee<br>First Community Bank of Joliet,<br>Chicago, IL 60606 | Unsecured | Per amended claim field 2/14/17 | $0.00 | $0.00 | 0.00 |
| 4 620 | Chase Bank USA, N.A.<br>Attn Corres Dept<br>PO Box 15298<br>Wilmington, DE 19850 | Unsecured | | $7,178.18 | $0.00 | 7,178.18 |
| 5 620 | Chase Bank USA, N.A.<br>Attn Corres Dept<br>PO Box 15298<br>Wilmington, DE 19850 | Unsecured | | $71,450.69 | $0.00 | 71,450.69 |
| 6 620 | Chase Bank USA, N.A.<br>Attn Corres Dept<br>PO Box 15298<br>Wilmington, DE 19850 | Unsecured | | $864.23 | $0.00 | 864.23 |
| 7 620 | Chase Bank USA, N.A.<br>Attn: Corres Dept<br>POB 15298<br>Wilmington, DE 19850 | Unsecured | | $1,353.63 | $0.00 | 1,353.63 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** June 15, 2015

**Case Number:** 14-19252  
**Debtor Name:** SPOERL, STEVEN H

Page: 2

**Date:** February 28, 2017  
**Time:** 02:00:08 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8<br>620 | Chase Bank USA, N.A.<br>Attn: Corres Dept<br>POB 15298<br>Wilmington, DE 19850 | Unsecured | | $7,054.27 | $0.00 | 7,054.27 |
| **<< Totals >>** | | | | 3,870,985.36 | 2.39 | 3,870,982.97 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 14-19252
Case Name: SPOERL, STEVEN H
Trustee Name: THOMAS E. SPRINGER, TRUSTEE

**Balance on hand:** $ 36,838.57

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 36,838.57

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 4,509.20 | 0.00 | 4,509.20 |
| Attorney for Trustee, Fees - SPRINGER BROWN, LLC | 15,475.00 | 0.00 | 15,475.00 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 122.16 | 0.00 | 122.16 |
| Accountant for Trustee, Fees - RSM US LLP | 1,050.00 | 0.00 | 1,050.00 |
| Other Expenses: ARTHUR B. LEVINE COMPANY | 2.39 | 2.39 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 21,156.36
Remaining balance: $ 15,682.21

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 15,682.21

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---:|
|  | Remaining balance: | $ | 15,682.21 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,761,925.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2 | First Community Bank of Joliet | 3,761,925.61 | 0.00 | 15,682.21 |
| 3 | First Community Financial Bank assignee | 0.00 | 0.00 | 0.00 |

|  | Total to be paid for timely general unsecured claims: | $ | 15,682.21 |
|---|---|---|---:|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 87,901.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 4 | Chase Bank USA, N.A. | 7,178.18 | 0.00 | 0.00 |
| 5 | Chase Bank USA, N.A. | 71,450.69 | 0.00 | 0.00 |
| 6 | Chase Bank USA, N.A. | 864.23 | 0.00 | 0.00 |
| 7 | Chase Bank USA, N.A. | 1,353.63 | 0.00 | 0.00 |
| 8 | Chase Bank USA, N.A. | 7,054.27 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**