IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | Chapter: | 7 |
| STEVEN H. SPOERL, | ) | | |
| | ) | Case No: | 14-19252 |
| | ) | | |
| Debtor. | ) | Judge: | Hon. Janet S. Baer |

**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES AS GENERAL COUNSEL TO THE TRUSTEE**

**Cover Sheet for Application for Professional Compensation**

Name of Applicant(s): **Thomas E. Springer, Esq. and the law firm of Springer Brown, LLC**

Authorized to Provide Professional Services to: **Thomas E. Springer, Trustee of the Estate of Steven H. Spoerl, Chapter 7 Bankruptcy No. 14-19252.**

Date of Order Authorizing Employment: **February 10, 2017** *nunc pro tunc* **to May 22, 2014**

Period for which Compensation is Sought: **August 26, 2014 through February 28, 2017**

Amount of Fees Sought: **$ 15,475.00**

Amount of Expense Reimbursement Sought: **$ 122.16**

This is an: Interim Application ___ Final Application __X__

If this is not the first application filed herein by this professional, disclosure as to all prior fee applications:

| Date Filed | Period Covered | Total Requested | Total Allowed | Any Amount Withheld by Order |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

The amount of fees and expenses paid to the Applicant to date for Service rendered and expenses incurred herein is: $____-0-_____.

**In Re: Steven H. Spoerl**
**Chapter 7 no. 14-19252**
**Cover Sheet for Application for Professional Compensation by Trustee's General Counsel**
**(PAGE TWO of TWO)**

Professionals retained and represented as follows in this Application for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Trustee:

| Name of Professional | Hourly Rates | Hours of Service | Value of Service |
|---|---|---|---|
| Thomas E. Springer, Attorney (**TES**) | $375.00 (2014) <br> $425.00 (2015) | 0.5 <br> 2.0 | $187.50 <br> $850.00 |
| David R. Brown, Attorney (**DRB**) | $430.00 (2017) | 1.0 | $430.00 |
| Elizabeth A. Bates, Attorney (**EAB**) | $350.00 (2014) <br> $400.00 (2015) <br> $405.00 (2016) | 17.0 <br> 9.1 <br> 5.2 | $ 5,950.00 <br> $ 3,640.00 <br> $ 2,106.00 |
| Richard G. Larsen, Attorney (**RGL**) | $350.00 (2014) <br> $405.00 (2016) | 1.0 <br> 1.0 | $350.00 <br> $405.00 |
| Michele M. Springer, Attorney (**MMS**) | $325.00 (2014) <br> $375.00 (2015) <br> $380.00 (2017) | 0.7 <br> 0.2 <br> 3.3 | $   227.50 <br> $     75.00 <br> $  1,254.00 |
|  | **TOTALS** | **41.0** | **$15,475.00** |

**A Summary and Total of Fee Application Categories is Attached hereto.**

DATE: February 28, 2017            Respectfully Submitted,
                                   APPLICANT
                                   Thomas E. Springer, Trustee

                                   BY: Springer Brown, LLC

                                   By:     /s/ Thomas E. Springer
                                           Thomas E. Springer
                                           One of His Attorneys


Thomas E. Springer, Trustee
Springer Brown, LLC
Wheaton Office Center
300 S. County Farm Road, Suite I
Wheaton, IL  60187
(630) 510-0000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter:    7 |
| STEVEN H. SPOERL, ) | |
| ) | Case No:    14-19252 |
| ) | |
| Debtor. ) | Judge:    Hon. Janet S. Baer |

**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES AS GENERAL COUNSEL TO THE TRUSTEE**

**NOW COMES** Thomas E. Springer, Esq. and the law firm of Springer Brown, LLC (herein "Applicant"), as duly authorized counsel to the Trustee, THOMAS E. SPRINGER, (herein the "Trustee") and respectfully requests the entry of an Order for the allowance and payment of compensation and reimbursement of expenses for services rendered and expenses incurred as counsel to the Trustee pursuant to §330 of the United States Bankruptcy Code and applicable Federal Rules of Bankruptcy Procedure, and in support hereof, states to the Court as follows:

**I.  INTRODUCTION**

This Application encompasses the time period from August 26, 2014 through preparation of Applicant's current Final Fee Application, February 28, 2017. The Application represents 41.0 hours of legal services provided to the Trustee. Applicant has neither previously requested nor obtained approval for payment of interim compensation or reimbursement of expenses. This Application seeks approval of legal fees in the amount of $15,475.00 and $122.16 for actual and necessary unreimbursed expenses.

On May 22, 2014, the above named Debtor filed a petition for relief under Chapter 7 of the United States Bankruptcy Code and Thomas E. Springer was appointed as the duly authorized Trustee and continues to serve in that capacity. On February 10, 2017, this Court entered an Order authorizing the Trustee to retain Applicant as legal counsel, *nunc pro tunc* to

May 22, 2014. The hourly rates of Applicant is competitive with the rates charged in this market by professionals with similar skills and experience, as disclosed and summarized in the Cover Sheet to this Application for Compensation and Reimbursement of Expenses.

## II.  CASE STATUS AND NARRATIVE OF LEGAL SERVICES

As a result of reviewing the Debtor's schedules and questioning of the Debtor at the First Meeting of Creditors, the Trustee discovered eight vehicles which were now titled in the name of Spoerl Holdings, Ltd., an Illinois corporation in which the Debtor is a holder of 51% of the outstanding stock. The titles to all eight vehicles were re-issued on March 25, 2014, two months before the bankruptcy filing as corrected titles. At least one of the corrected titles had been switched from the Debtor and Spoerl Holdings, Ltd. as joint owners, to title held solely by Spoerl Holdings, Ltd. The corrected titles also now listed First Community Financial Bank as a lienholder, perfecting liens within 90 days of the bankruptcy filing.

The Trustee was unable to obtain all documents and information necessary to complete his investigation from the Debtor or First Community Financial Bank on an informal basis and Applicant drafted Motions to Conduct Rule 2004 exams of the Debtor, Spoerl Holdings and First Community Bank and on September 5, 2014, this Court entered Orders allowing the Rule 2004 exams. After Applicant issued subpoenas to the three entities and reviewed all documents, it was determined that the vehicles in questions were not property of the estate and no preference actions were warranted.

Applicant did determine that there was equity in the Debtor's 2004 Toyota Sienna and a 1998 Pace American Trailer. Applicant received an offer from the Debtor to purchase Trustee's right, title and interest in and to the Sienna and Trailer for the total sum of $4,500.00. On March 24, 2015, Applicant filed the Motion to Sell the Trustee's Right, Title and Interest in the vehicles and on April 17, 2015, this Court entered an Order approving the compromise.

The Trustee also determined that the Debtor was the owner of 100 shares of the stock, 22.63% ownership of PMI Systems, Inc. ("PMI") an Illinois corporation. PMI filed for relief under Chapter 11 of the Bankruptcy Code. A proof of claim was filed on behalf of the Debtor in the PMI bankruptcy case as an unsecured claim in Class 3 in the amount of $315,000.00. The Plan provided that Class 3 general unsecured claims, including Debtor's claim, would receive a pro rata share of the funds in the Unsecured Creditor Trust. Pursuant to the Plan, the most which could be paid on the Debtor's claim is $20,000.00 by May 15, 2018 and there is no guarantee of any specific amount being paid.

The Debtor informed the Trustee that he filed amended 2010 and 2011 tax returns and that based on these amended tax returns, the Debtor anticipates receiving a refund of $44,000.00, which is an asset of the bankruptcy estate. The Trustee had the amended tax returns reviewed by his accountant, Patrick Shaw, and Mr. Shaw believes that the Debtor has a viable claim for the $44,000.00 in refunds. However, Mr. Shaw also believes that due to the nature of the amended tax returns, the IRS will audit the amended tax returns which will take time, require the expertise of a certified public accountant and there can be no guarantee of success.

Applicant and the Debtor agreed to a compromise regarding the PMI distribution and the potential tax refund. The Debtor shall pay the Trustee a lump sum payment of $29,000.00, of which $12,000.00 is for acquisition of the right to receive distributions from the PMI Creditors Trust and $17,000.00 for the acquisition of the right to pursue recovery of the IRS Tax refunds. On March 18, 2016, Applicant filed the Motion to Approve the Compromise and on April 8, 2016, this court entered an Order approving the Compromise.

The Trustee reviewed the claims filed and supporting documents and no objections thereto were necessary. Trustee's counsel herein provided and maintained the normal and ordinary legal services to the Trustee in monitoring and overseeing liquidation and administration of the assets and coordinating efforts of the administration with the Trustee in the

Case 14-19252    Doc 68    Filed 03/21/17    Entered 03/21/17 13:53:52    Desc Main
Document      Page 6 of 6

related Estate. Itemized time entries for all Applicant's services to this Bankruptcy Estate are attached hereto as ***Exhibit "A"***. An itemization of the reasonable and necessary expenses Applicant incurred is also attached as ***Exhibit "B"***. Applicant's request for reimbursement of expenses does not include any of the ordinary operating expenses of Applicant's practice of law. Applicant is requesting reimbursement of photocopy charges at the rate of 10¢ per copy. Applicant's expense request does not include any long distance telephone service charges.

**WHEREFORE,** Applicant, Thomas E. Springer respectfully requests that Trustee's Attorneys' fees in the amount of $15,475.00 and reimbursement of actual and necessary expenses in the amount of $122.16 be approved as reasonable and appropriate and that payment be authorized upon entry of the Order approving such compensation and for any such other and further relief as this Court deems just and equitable.

DATE: February 28, 2017                Respectfully Submitted,

                                       APPLICANT

                                       Thomas E. Springer, Trustee

                                       BY: Springer Brown, LLC

                                       By:   /s/ Thomas E. Springer
                                             Thomas E. Springer
                                             One of His Attorneys

Thomas E. Springer, Trustee
Springer Brown, LLC
Wheaton Office Center
300 S. County Farm Road, Suite I
Wheaton, IL  60187
(630) 510-0000