UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **STEVEN H. SPOERL,** | ) | Bankruptcy No. 14-19252 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 21, 2017, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn St.
Room 873
Chicago, IL 60604

First Community Bank of Joliet
c/o Ryan Potts
30 N. LaSalle Street, Ste. 1402
Chicago, IL  60606

JOSEPH A BALDI
19 S LASALLE STREET
SUITE 1500
Chicago, IL 60603

**VIA REGULAR MAIL**

SPOERL, STEVEN H
6 SQUIRE LANE
SAINT CHARLES, IL 60174

Chase Bank, USA
Attn Corres Dept
PO Box 15298
Wilmington, DE 19850

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101

/s/ THOMAS E. SPRINGER, TRUSTEE
THOMAS E. SPRINGER, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
Phone: (630) 510-0000