**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: SPOERL, STEVEN H                                 § Case No. 14-19252
                                                        §
                                                        §
Debtor(s)                                               §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $1,317,741.45              Assets Exempt: $338,795.16
*(without deducting any secured claims)*

Total Distribution to Claimants: $15,682.21    Claims Discharged
                                               Without Payment: $3,834,144.40

Total Expenses of Administration: $21,909.75

---

   3)  Total gross receipts of $    37,591.96   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    0.00   (see **Exhibit 2**), yielded net receipts of $37,591.96 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 21,909.75 | 21,909.75 | 21,909.75 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 3,849,826.61 | 3,849,826.61 | 15,682.21 |
| **TOTAL DISBURSEMENTS** | $0.00 | $3,871,736.36 | $3,871,736.36 | $37,591.96 |

    4) This case was originally filed under Chapter 7 on May 22, 2014. The case was pending for 39 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/01/2017          By: /s/THOMAS E. SPRINGER, TRUSTEE
                                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Loans to PMI Systems. | 1121-000 | 12,000.00 |
| 2003 J.D. Garden Tractor x595 | 1129-000 | 500.00 |
| 2004 Toyota Sienna XLE Location: 6 Squire Lane | 1129-000 | 4,000.00 |
| Pre-petition wage claim | 1229-000 | 4,091.96 |
| Anticipated tax refund; 2010 and 2011 | 1224-000 | 17,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$37,591.96** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - THOMAS E. SPRINGER, TRUSTEE | 2100-000 | N/A | 4,509.20 | 4,509.20 | 4,509.20 |
| Attorney for Trustee Fees (Trustee Firm) - SPRINGER BROWN, LLC | 3110-000 | N/A | 15,475.00 | 15,475.00 | 15,475.00 |
| Attorney for Trustee Expenses (Trustee Firm) - SPRINGER BROWN, LLC | 3120-000 | N/A | 122.16 | 122.16 | 122.16 |
| Other - RSM US LLP | 3410-000 | N/A | 1,050.00 | 1,050.00 | 1,050.00 |
| Other - ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 2.39 | 2.39 | 2.39 |
| Other - SOS | 2990-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - SOS | 2990-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - SOS | 2990-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - SOS | 2990-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - SOS | 2990-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - SOS | 2990-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - SOS | 2990-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - SOS | 2990-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 12.97 | 12.97 | 12.97 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 12.14 | 12.14 | 12.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 11.72 | 11.72 | 11.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.32 | 13.32 | 13.32 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 11.65 | 11.65 | 11.65 |
| Other - Arthur B. Levine Company | 2300-000 | N/A | 4.31 | 4.31 | 4.31 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 11.64 | 11.64 | 11.64 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.22 | 13.22 | 13.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 25.46 | 25.46 | 25.46 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 51.77 | 51.77 | 51.77 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 58.84 | 58.84 | 58.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 51.62 | 51.62 | 51.62 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 58.66 | 58.66 | 58.66 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 53.24 | 53.24 | 53.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 51.39 | 51.39 | 51.39 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 56.64 | 56.64 | 56.64 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 53.01 | 53.01 | 53.01 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 12.79 | 12.79 | 12.79 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 56.61 | 56.61 | 56.61 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$21,909.75** | **$21,909.75** | **$21,909.75** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 5800-000 | N/A | N/A | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | First Community Bank of Joliet | 7100-000 | N/A | 3,761,925.61 | 3,761,925.61 | 15,682.21 |
| 3 | First Community Financial Bank assignee | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 4 | Chase Bank USA, N.A. | 7200-000 | N/A | 7,178.18 | 7,178.18 | 0.00 |
| 5 | Chase Bank USA, N.A. | 7200-000 | N/A | 71,450.69 | 71,450.69 | 0.00 |
| 6 | Chase Bank USA, N.A. | 7200-000 | N/A | 864.23 | 864.23 | 0.00 |
| 7 | Chase Bank USA, N.A. | 7200-000 | N/A | 1,353.63 | 1,353.63 | 0.00 |
| 8 | Chase Bank USA, N.A. | 7200-000 | N/A | 7,054.27 | 7,054.27 | 0.00 |

| **TOTAL GENERAL UNSECURED CLAIMS** | $0.00 | $3,849,826.61 | $3,849,826.61 | $15,682.21 |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-19252  
**Case Name:** SPOERL, STEVEN H

**Period Ending:** 09/01/17

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 05/22/14 (f)  
**§341(a) Meeting Date:** 06/16/14  
**Claims Bar Date:** 06/15/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Location: 6 Squire Lane, Saint Charles IL 60174 | 850,000.00 | 0.00 | | 0.00 | FA |
| 2  STC Capital checking account #xxxx5968 owned jointly with wife $517.30 | 258.65 | 0.00 | | 0.00 | FA |
| 3  CollegeBoundfund FBO minor son - NOT property of the estate per 541(b)(6) | 7,577.28 | 0.00 | | 0.00 | FA |
| 4  CollegeBoundfund FBO minor daughter - NOT proper of the estate per 541(b)(6) | 7,469.36 | 0.00 | | 0.00 | FA |
| 5  Household goods, furniture | 4,950.00 | 0.00 | | 0.00 | FA |
| 6  Books | 200.00 | 0.00 | | 0.00 | FA |
| 7  Clothing, shoes, suits, jackets. | 3,000.00 | 0.00 | | 0.00 | FA |
| 8  Wedding ring - gold band with small diamonds. | 1,500.00 | 0.00 | | 0.00 | FA |
| 9  Ruger .22 handgun | 300.00 | 0.00 | | 0.00 | FA |
| 10  Term life insurance policy with Protective Life Insurance $300,000 benefit, no cash surrender value. | 0.00 | 0.00 | | 0.00 | FA |
| 11  IRA with UBS Financial | 329,395.16 | 0.00 | | 0.00 | FA |
| 12  100 Shares of Stock (22.63% owner)- PMI Systems, Inc. Asset was originally listed as "34% owner PMI Systems, Inc." and amended Schedule B listed changed description as set forth above. Asset abandoned on 2/9/15 | 0.00 | 0.00 | OA | 0.00 | FA |
| 13  51% owner Spoerl Holdings | 0.00 | 0.00 | | 0.00 | FA |
| 14  100% owner Brighton Mountain Investments, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 15  Loan to PMI Systems to pay legal fees for its Chapter 11 case. | 25,000.00 | 0.00 | | 0.00 | FA |
| 16  2012 Income tax refund seized by IRS. | 22,528.00 | 0.00 | | 0.00 | FA |
| 17  Loans to PMI Systems. Order approving compromise for this asset entered 4/8/16 | 315,000.00 | 0.00 | | 12,000.00 | FA |
| 18  2013 Income Tax Refund seized by IRS | 31,695.00 | 0.00 | | 0.00 | FA |

Printed: 09/01/2017 09:53 AM    V.13.30

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-19252  
**Case Name:** SPOERL, STEVEN H  

**Period Ending:** 09/01/17

**Trustee:**  (330640)  THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 05/22/14 (f)  
**§341(a) Meeting Date:** 06/16/14  
**Claims Bar Date:** 06/15/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 19 | Trailer, Pace 6'x10' | 500.00 | 0.00 | | 0.00 | FA |
| 20 | 2003 J.D. Garden Tractor x595 | 3,000.00 | 0.00 | | 500.00 | FA |
| 21 | 2004 Toyota Sienna XLE Location: 6 Squire Lane Saint Charles IL 60174 | 9,000.00 | 9,000.00 | | 4,000.00 | FA |
| 22 | 2008 GMC Yukon Denali<br>  in possession of Debtor, subject to lien of First Community Bank (approximate private party valaue per KBB)<br>Amended Schedule B changed vehicle from 2010 Cadillac Escalade with vlaue of $18,000 to current asset and value | 18,968.00 | 0.00 | | 0.00 | FA |
| 23 | 2007 Ford F150 jointly titled with Spoerl Holdin   Inc. In possession of employees of PMI Systems, Inc. subject to blanket lien of First Community Bank | 6,900.00 | 0.00 | | 0.00 | FA |
| 24 | 2007 Ford Explorer jointly titled with Spoerl   Holdings, Inc. In possession of employees of PMI Systems, Inc. subject to blanket lien of First Community Bank | 6,900.00 | 0.00 | | 0.00 | FA |
| 25 | Computer | 600.00 | 0.00 | | 0.00 | FA |
| 26 | Pre-petition wage claim (u)<br>  from Chapter 11 bankruptcy of PMI Systems, Inc. | 4,091.96 | 4,091.96 | | 4,091.96 | FA |
| 27 | Anticipated tax refund; 2010 and 2011 (u)<br>  Debtor filed amended tax returns for 2010 and 2011 and anticipates receiving a $44,000 refund.<br>Order approving compromise for this asset entered 4/8/16 | 44,000.00 | 17,000.00 | | 17,000.00 | FA |
| 27 Assets | **Totals** (Excluding unknown values) | **$1,692,833.41** | **$30,091.96** | | **$37,591.96** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee and Debtor entered into compromise re: debtor's 2010 and 2011 tax refunds and rights to receive payments from PMI bankruptcy. Trustee to review claims filed and file any objections thereto if necessary. Trustee then to prepare attorney fee application and file the Final Report

Printed: 09/01/2017 09:53 AM    V.13.30

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-19252  
**Case Name:** SPOERL, STEVEN H  

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 05/22/14 (f)  
**§341(a) Meeting Date:** 06/16/14  

**Period Ending:** 09/01/17  
**Claims Bar Date:** 06/15/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 15, 2015   **Current Projected Date Of Final Report (TFR):** February 28, 2017 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-19252  
**Case Name:** SPOERL, STEVEN H  

**Taxpayer ID #:** **-***7571  
**Period Ending:** 09/01/17  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********50 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/28/14 | {26} | PMI SYSTEMS, INC. | Pre-petition wage claim | 1229-000 | 2,045.99 | | 2,045.99 |
| 10/28/14 | {26} | PMI SYSTEMS, INC. | Pre-petition wage claim | 1229-000 | 2,045.97 | | 4,091.96 |
| 10/30/14 | 1000 | SOS | Request for vehicle title history | 2990-000 | | 10.00 | 4,081.96 |
| 10/30/14 | 1001 | SOS | Request for vehicle title history | 2990-000 | | 10.00 | 4,071.96 |
| 10/30/14 | 1002 | SOS | Request for vehicle title history | 2990-000 | | 10.00 | 4,061.96 |
| 10/30/14 | 1003 | SOS | Request for vehicle title history | 2990-000 | | 10.00 | 4,051.96 |
| 10/30/14 | 1004 | SOS | Request for vehicle title history | 2990-000 | | 10.00 | 4,041.96 |
| 10/30/14 | 1005 | SOS | Request for vehicle title history | 2990-000 | | 10.00 | 4,031.96 |
| 10/30/14 | 1006 | SOS | Request for vehicle title history | 2990-000 | | 10.00 | 4,021.96 |
| 10/30/14 | 1007 | SOS | Request for vehicle title history | 2990-000 | | 10.00 | 4,011.96 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,001.96 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,991.96 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,981.96 |
| 02/27/15 | 1008 | ARTHUR B. LEVINE COMPANY | Bond Payment | 2300-000 | | 2.39 | 3,979.57 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,969.57 |
| 03/19/15 | | STEVEN H. SPOERL, SR. | Settlement Pursuant to Order | | 4,500.00 | | 8,469.57 |
| | {21} | | 4,000.00 | 1129-000 | | | 8,469.57 |
| | {20} | | 500.00 | 1129-000 | | | 8,469.57 |
| 04/10/15 | | ASSOCIATED BANK | Bank and Technology Services Fees | 2600-000 | | 10.00 | 8,459.57 |
| 04/10/15 | | ASSOCIATED BANK | Transfer to Rabobank, N.A. | 9999-000 | | 8,459.57 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **8,591.96** | **8,591.96** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 8,459.57 | |
| | | | **Subtotal** | | **8,591.96** | **132.39** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,591.96** | **$132.39** | |

{} Asset reference(s)

Printed: 09/01/2017 09:53 AM    V.13.30

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 14-19252  
**Case Name:** SPOERL, STEVEN H  
**Taxpayer ID #:** **-***7571  
**Period Ending:** 09/01/17  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****923966 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/10/15 | | Rabobank, N.A. | Transfer from ASSOCIATED BANK | 9999-000 | 8,459.57 | | 8,459.57 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.97 | 8,446.60 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.14 | 8,434.46 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.72 | 8,422.74 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.32 | 8,409.42 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.65 | 8,397.77 |
| 02/26/16 | 10101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/26/2016 FOR CASE #14-19252, Bond Premium | 2300-000 | | 4.31 | 8,393.46 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.64 | 8,381.82 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.22 | 8,368.60 |
| 04/19/16 | | Steven H. Spoerl, Sr. | Settlement Pursuant to Order | | 29,000.00 | | 37,368.60 |
| | {17} | | Settlement Pursuant to Order    12,000.00 | 1121-000 | | | 37,368.60 |
| | {27} | | Settlement Pursuant to Order    17,000.00 | 1224-000 | | | 37,368.60 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.46 | 37,343.14 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.77 | 37,291.37 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.84 | 37,232.53 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.62 | 37,180.91 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.66 | 37,122.25 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.24 | 37,069.01 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.39 | 37,017.62 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.64 | 36,960.98 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.01 | 36,907.97 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.61 | 36,851.36 |
| 02/03/17 | 10102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2017 FOR CASE #14-19252, Bond #016073584 | 2300-000 | | 12.79 | 36,838.57 |
| 05/02/17 | 10103 | THOMAS E. SPRINGER, TRUSTEE | Dividend paid 100.00% on $4,509.20, Trustee Compensation;  Reference: | 2100-000 | | 4,509.20 | 32,329.37 |
| 05/02/17 | 10104 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $15,475.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 15,475.00 | 16,854.37 |
| 05/02/17 | 10105 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $122.16, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 122.16 | 16,732.21 |
| 05/02/17 | 10106 | RSM US LLP | Dividend paid 100.00% on $1,050.00, | 3410-000 | | 1,050.00 | 15,682.21 |

Subtotals :   $37,459.57   $21,777.36

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 14-19252  
**Case Name:** SPOERL, STEVEN H

**Taxpayer ID #:** **-***7571  
**Period Ending:** 09/01/17

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****923966 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Accountant for Trustee Fees (Other Firm); Reference: | | | | |
| 05/02/17 | 10107 | First Community Bank of Joliet | Dividend paid 0.41% on $3,761,925.61; Claim# 2; Filed: $3,761,925.61; Reference: | 7100-000 | | 15,682.21 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 37,459.57 | 37,459.57 | $0.00 |
| | | | Less: Bank Transfers | | 8,459.57 | 0.00 | |
| | | | **Subtotal** | | 29,000.00 | 37,459.57 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $29,000.00 | $37,459.57 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ********50** | 8,591.96 | 132.39 | 0.00 |
| **Checking # ****923966** | 29,000.00 | 37,459.57 | 0.00 |
| | $37,591.96 | $37,591.96 | $0.00 |

{} Asset reference(s)

Printed: 09/01/2017 09:53 AM    V.13.30